# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brenda S., | Case No. 26-CV-0652 (ADM/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| David Easterwood, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement; Todd Lyons, in his official capacity as acting director of U.S. Immigration and Customs Enforcement; Kristi Noem, in her capacity as Secretary of the U.S. Department of Homeland Security; and Pam Bondi, Attorney General, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Brenda S. by no later than January 29, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

  b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

  c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

  d. Whether Petitioner's current detention differs materially from cases such as <u>Jose J.O.E. v. Bondi</u>, No. 25-CV-3051 (ECT/DJF), 2025 WL 2466670 (D. Minn. Aug. 27, 2025), in which petitioners have been found entitled to a bond hearing pursuant to <u>8 U.S.C. § 1226(a)</u>.

3. If Petitioner intends to file a reply to respondents' answer, she must do so by no later than January 31, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's motion for a temporary restraining order [<u>Docket No. 2</u>] is GRANTED IN PART and DENIED IN PART. Respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota. The motion is denied in all other respects.

Dated: January 26, 2026                     s/Ann D. Montgomery
                                            Ann D. Montgomery
                                            United States District Judge